No. 94–1616. WICKS *v.* MISSISSIPPI EMPLOYMENT SERVICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1650. AL-KELANI, INC., ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER FOR AUDUBON FEDERAL SAVINGS & LOAN ASSN. C. A. 11th Cir. Certiorari denied.

No. 94–1682. ATTUL *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 94–1683. DELTA AIRLINES, INC. *v.* NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA. C. A. 5th Cir. Certiorari denied.

No. 94–1687. LEROY *v.* ILLINOIS RACING BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1688. MAITLAND ET AL. *v.* MITCHELL ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1693. SOUTHERN CROWN, INC. *v.* BOARD OF ADJUSTMENT OF THE CITY OF DALLAS. C. A. 5th Cir. Certiorari denied.

No. 94–1694. BEAZLEY *v.* GEORGIA STATE BAR. C. A. 11th Cir. Certiorari denied.

No. 94–1704. ZERMAN *v.* GREENE ET AL. Sup. Ct. Cal. Certiorari denied.

No. 94–1707. WILLIAMSON ET AL. *v.* SACRED HEART HOSPITAL OF PENSACOLA ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1711. STEIGMAN ET AL., PERSONAL REPRESENTATIVES OF THE ESTATE OF DROZE *v.* DANESE ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 94–1712. ROMERO ET UX. *v.* THOMSON NEWSPAPERS (WISCONSIN), INC., ET AL. Sup. Ct. La. Certiorari denied.

No. 94–1715. BUSSEY ET AL. *v.* OWENS. Ct. App. D. C. Certiorari denied.

No. 94–1721. TOWN OF SMITHTOWN ET AL. *v.* WALZ ET AL. C. A. 2d Cir. Certiorari denied.